EDWARD A DEVLIN, III, ETC. v. MAYOR AND
COUNCIL, CITY OF OCEAN CITY.

October 3, 1985.

Certification to the Superior Court, Law Division, is granted.
Opinion, 103 N.J. 587.

SEYMOUR BEST AND CECELIA BEST v. LEON M. SHACHAT.

October 3, 1985.

Leave to appeal is granted, the judgment of the Superior
Court, Law Division, is reversed, and the matter is remanded
for arbitration with the exception of the claims of plaintiff-re-
spondent, Cecelia Best. The Law Division's disposition of her
claims shall be stayed pending disposition of arbitration.

Jurisdiction is not retained.